VICTOR MARINELLI, Respondent, v. CITY OF NEW YORK, Appellant.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.